UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RON DOMASIK,

      Plaintiff,

v.                                                    Case No. 1:05-CV-486

COMMISSIONER OF SOCIAL                 HON. GORDON J. QUIST
SECURITY,

      Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

      The Court has before it Plaintiff's objections to the Magistrate Judge's Report and Recommendation issued on December 11, 2006. In his report and recommendation, the magistrate judge recommended that Plaintiff's claim be dismissed for lack of subject matter jurisdiction because a Social Security claimant cannot seek judicial review of a favorable decision awarding Social Security benefits. After conducting a <u>de novo</u> review of the report and recommendation, the Court concludes that the report and recommendation should be adopted by the Court.

      In his objections and motion for default, which the Court will construe as supplemental objections, Plaintiff raises several issues but fails to specifically address the magistrate judge's conclusion that Plaintiff, as a recipient of disability insurance benefits, cannot seek review of a favorable decision awarding benefits. Plaintiff continues to assert various issues and claims relating to the "ticket-to-work" program, disability discrimination, fraud, and harassment. However, as the magistrate judge observed, the scope of this Court's review under 42 U.S.C. § 405(g) is limited to benefit determinations, and the court is without jurisdiction to grant any additional relief.

Apart from its conclusion that the report and recommendation should be adopted, the Court notes that the attachment to Plaintiff's letter fails to comply with Local Rule 10.7, which states that "[i]f an individual's social security number must be included in a pleading, only the last four digits of that number should be used." W.D. Mich. L.CivR 10.7. The attachment appears to contain Plaintiff's full social security number, in violation of the local rule. Therefore, the Court will order the Clerk to strike the document and remove it from the docket. Therefore,

**IT IS HEREBY ORDERED** that the Magistrate Judge's Report and Recommendation issued December 11, 2006 (docket no. 24), is **APPROVED AND ADOPTED** as the Opinion of this Court. Plaintiff's complaint is **DISMISSED** for lack of jurisdiction.

**IT IS FURTHER ORDERED** that the Clerk shall strike the attachment to Plaintiff's letter (docket no. 26) and remove it from the docket for failure to comply with Local Rule 10.7.

This case is **concluded**.


Dated: January 19, 2007                    /s/ Gordon J. Quist
                                             GORDON J. QUIST
                                         UNITED STATES DISTRICT JUDGE

2